FILED
2/13/17 9:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bobbie Sue Wright<br>　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　Movant<br>　　v.<br>Bobbie Sue Wright<br>　　　　　Respondent<br>　　And<br>Robert H. Wright<br>　　　　　Additional Respondent<br>　　And<br>TRonda J. Winnecour, Trustee<br>　　　　　Additional Respondent | BK. NO. 16-11135 TPA<br><br>CHAPTER 13<br><br>Related to Docket #___18___ |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this 13 day of February, 2017, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

　　**ORDERED THAT:** The Automatic Stay under 11 U.S.C. Sections 362(d) and 1301(a) is hereby terminated to permit Movant, its successors an/or assigns, to take possession and sell, lease, and otherwise dispose of the 2008 TOYOTA TACOMA 4X, VIN: 5TELU42N98Z582970, in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge    jlm

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 16-11135-TPA
Bobbie Sue Wright                                                 Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1         User: aala                Page 1 of 1         Date Rcvd: Feb 13, 2017
                             Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2017.
db             +Bobbie Sue Wright,    10 Taylor Street,    Apt. N3,    Franklin, PA 16323-2444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Bobbie Sue Wright dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4