FILED
6/21/17 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

      Debtor: Bobbie Sue Wright
      Case Number: 16-11135      Chapter: 13
      Date / Time / Room: June 20, 2017 at 10:00 a.m., Bankruptcy Courtroom
      Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:* #11 - Final Confirmation of Plan dated 12/22/16 (NFC)

### *Appearances:*

Debtor: Foster

Trustee: ~~Winnecour / Bedford~~ / Katz / Pail

Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7-18-17 at 10:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
      Objections are due on or before _____.
      A hearing on the Amended Plan is set for _____ at _____.
9. _____ Other: