IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  BOBBIE SUE WRIGHT | : | Bankruptcy No.  1-16-BK-11135 |
| | : | Chapter  13 |
| Debtor | : | |
| | : | |
| | : | Claim No.  9 |
| Movant CACH, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    CACH, LLC

    Incorrect Address:  PO BOX 5980
                            DENVER CO 80217-5980

Corrected Address:

    Creditor Name:    CACH, LLC

    Correct Address:   PO Box 10587
                            Greenville SC 29603-0587

Dated    8/16/2017

Signature of Creditor
*Susan Gaines* (signature)

Typed Name
Susan Gaines

Address
PO Box 10587
Greenville SC 29603-0587

Phone No.
(877) 264-5884