Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bobbie Sue Wright**
  Debtor(s)

Bankruptcy Case No.: 16–11135–TPA
Related to Docket No. 39
Chapter: 13
Docket No.: 40 – 39
Concil. Conf.: March 13, 2018 at 11:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 20, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 7, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 13, 2018** at **11:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 5, 2018

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bobbie Sue Wright  
    Debtor

Case No. 16-11135-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 2     Date Rcvd: Jan 05, 2018  
                   Form ID: 213     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.

```
db          +Bobbie Sue Wright,   10 Taylor Street,   Apt. N3,    Franklin, PA 16323-2444
14328211    +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
14328212    +Citibank,   Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
14328213    +Citibank / The Home Depot,   Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
14328214    +Comenity Bank / Lane Bryant,   Po Box 182125,   Columbus, OH 43218-2125
14328215    +Comenity Capital / Game Stop,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
14734988    +ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
14328218   ++NORTHWEST SAVINGS BANK,    P O BOX 337,   WARREN PA 16365-0337
             (address filed with court: Northwest Savings Bank,   100 Liberty Street,   Warren, PA 16365)
14347344    +Nelnet on behalf of PHEAA,   PA Higher Education Assistance Agency,   PO Box 8147,
               Harrisburg, PA. 17105-8147
14328219    +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
14328225   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corporation,   Po Box 8026,
               Cedar Rapids, IA 52408)
14348482    +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14328226    +Verizon,   500 Technology Drive,   Suite 500,   Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14328210     +E-mail/Text: ally@ebn.phinsolutions.com Jan 06 2018 01:17:23     Ally Financial,
               Po Box 380901,   Bloomington, MN 55438-0901
14338040      E-mail/Text: ally@ebn.phinsolutions.com Jan 06 2018 01:17:23     Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
14366681      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 06 2018 01:19:02
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
14387301      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2018 01:19:08     CACH, LLC,
               PO Box 10587,   Greenville, SC  29603-0587
14328216     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 06 2018 01:19:13     Credit One Bank Na,
               Po Box 98873,   Las Vegas, NV 89193-8873
14410910      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2018 01:19:08
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14369770      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 06 2018 01:19:14
               LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14395529     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 06 2018 01:17:42     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
14328217     +E-mail/Text: electronicbkydocs@nelnet.net Jan 06 2018 01:17:48     Nelnet,   Nelnet Claims,
               Po Box 82505,   Lincoln, NE 68501-2505
14418862      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 06 2018 01:19:09
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14361523      E-mail/Text: bnc-quantum@quantum3group.com Jan 06 2018 01:17:33
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14366003      E-mail/Text: bnc-quantum@quantum3group.com Jan 06 2018 01:17:33
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
14328220     +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2018 01:13:26     Synchrony Bank / Amazon,
               Po Box 965064,   Orlando, FL 32896-5064
14328221     +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2018 01:13:45     Synchrony Bank / Care Credit,
               Po Box 965064,   Orlando, FL 32896-5064
14328222     +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2018 01:13:36     Synchrony Bank / JCPenneys,
               Po Box 965064,   Orlando, FL 32896-5064
14328223     +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2018 01:13:45     Synchrony Bank / TJ MaxX,
               Po Box 965064,   Orlando, FL 32896-5064
14328224     +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2018 01:13:45     Synchrony Bank / Walmart,
               Po Box 965064,   Orlando, FL 32896-5064
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1                User: jmar                Page 2 of 2                Date Rcvd: Jan 05, 2018
                                    Form ID: 213              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Bobbie Sue Wright dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Plaintiff Bobbie Sue Wright dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James   Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          John F. Kroto    on behalf of Defendant    Ally Financial john_kroto@pawb.uscourts.gov,
           knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```