**Form 235**

**UNITED STATES BANKRUPTCY COURT**     47 – 40, 42
**WESTERN DISTRICT OF PENNSYLVANIA**     vson

In re:                      :   Bankruptcy Case No.: 16–11135–TPA
                             :
                             :   Chapter: 13
                             :   Issued per the March 13, 2018 Proceeding

**Bobbie Sue Wright**
    Debtor(s)

**ORDER OF COURT CONFIRMING PLAN
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)*    *PLAN CONFIRMATION:*

       IT IS HEREBY ORDERED that the Plan dated February 20, 2018 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*    *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**      **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**      **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**      **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre–petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**      **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**      **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    *IT IS FURTHER ORDERED THAT:*

**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: March 15, 2018
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-11135-TPA
Bobbie Sue Wright                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: vson              Page 1 of 2          Date Rcvd: Mar 15, 2018
                              Form ID: 235            Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
```
db            +Bobbie Sue Wright,   10 Taylor Street,   Apt. N3,   Franklin, PA 16323-2444
14328211      +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
14328212      +Citibank,   Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
14328213      +Citibank / The Home Depot,   Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
14328214      +Comenity Bank / Lane Bryant,   Po Box 182125,   Columbus, OH 43218-2125
14328215      +Comenity Capital / Game Stop,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
14734988      +ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
14328218     ++NORTHWEST SAVINGS BANK,   P O BOX 337,   WARREN PA 16365-0337
               (address filed with court: Northwest Savings Bank,   100 Liberty Street,   Warren, PA 16365)
14347344      +Nelnet on behalf of PHEAA,   PA Higher Education Assistance Agency,   PO Box 8147,
                Harrisburg, PA. 17105-8147
14328219      +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
14328225     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,   Po Box 8026,
                Cedar Rapids, IA 52408)
14348482      +Toyota Motor Credit Corporation,   PO BOX 9013,   Addison, Texas 75001-9013
14328226      +Verizon,   500 Technology Drive,   Suite 500,   Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14328210      +E-mail/Text: ally@ebn.phinsolutions.com Mar 16 2018 01:40:21     Ally Financial,
                Po Box 380901,   Bloomington, MN 55438-0901
14338040       E-mail/Text: ally@ebn.phinsolutions.com Mar 16 2018 01:40:21     Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
14366681       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2018 01:43:36
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
14387301       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2018 01:43:36     CACH, LLC,
                PO Box 10587,   Greenville, SC  29603-0587
14328216      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 16 2018 01:43:34     Credit One Bank Na,
                Po Box 98873,   Las Vegas, NV 89193-8873
14410910       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2018 01:43:34
                LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14369770       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2018 01:43:36
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14395529      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2018 01:40:42     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
14328217      +E-mail/Text: electronicbkydocs@nelnet.net Mar 16 2018 01:40:48     Nelnet,   Nelnet Claims,
                Po Box 82505,   Lincoln, NE 68501-2505
14418862       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2018 01:37:06
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14361523       E-mail/Text: bnc-quantum@quantum3group.com Mar 16 2018 01:40:31
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14366003       E-mail/Text: bnc-quantum@quantum3group.com Mar 16 2018 01:40:31
                Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
14328220      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 01:37:10     Synchrony Bank / Amazon,
                Po Box 965064,   Orlando, FL 32896-5064
14328221      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 01:37:03     Synchrony Bank / Care Credit,
                Po Box 965064,   Orlando, FL 32896-5064
14328222      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 01:37:04     Synchrony Bank / JCPenneys,
                Po Box 965064,   Orlando, FL 32896-5064
14328223      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 01:37:03     Synchrony Bank / TJ MaxX,
                Po Box 965064,   Orlando, FL 32896-5064
14328224      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 01:37:07     Synchrony Bank / Walmart,
                Po Box 965064,   Orlando, FL 32896-5064
                                                                             TOTAL: 17


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Toyota Motor Credit Corporation
cr*           ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: vson          Page 2 of 2           Date Rcvd: Mar 15, 2018
                               Form ID: 235         Total Noticed: 30
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Bobbie Sue Wright dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Plaintiff Bobbie Sue Wright dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          John F. Kroto    on behalf of Defendant    Ally Financial john_kroto@pawb.uscourts.gov,
           knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 6
```