IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 16-11135-TPA |
| | : | |
| BOBBIE SUE WRIGHT, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| NORTHWEST BANK, | : | |
| Movant | : | Related to Document No.: |
| | : | |
| v. | : | Hearing Date: June 27, 2018 at 10:30 a.m. |
| | : | |
| BOBBIE SUE WRIGHT, and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than June 23, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on June 27, 2018 at 10:30 a.m. before Judge Thomas P. Agresti, 17 South Park Row, Bankruptcy Courtroom, Erie, Pennsylvania.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of act, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

    Respectfully submitted,

    **MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP**

    By  */s/ Kurt L. Sundberg*
        Kurt L. Sundberg
        Pa. I.D. No. 56844
        Attorneys for Movant
        300 State Street, Suite 300
        Erie, Pennsylvania 16507
        (814) 456-5301
        ksundberg@marshlaw.com

Date of Service: June 6, 2018