IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 16-11135-TPA |
| | : | |
| BOBBIE SUE WRIGHT, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| NORTHWEST BANK, | : | |
| Movant | : | Related to Document No.:  50 |
| | : | |
| v. | : | Hearing Date: June 27, 2018 at 10:30 a.m. |
| | : | |
| BOBBIE SUE WRIGHT, and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| Respondents | : | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed and served on June 6, 2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 23, 2018.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                        Respectfully submitted,

                        **MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP**

                        By  */s/ Kurt L. Sundberg*
                            Kurt L. Sundberg
                            Pa. I.D. No. 56844
                            Attorneys for Movant
                            300 State Street, Suite 300
                            Erie, Pennsylvania 16507
                            (814) 456-5301
                            ksundberg@marshlaw.com

Date:   06/25/18