IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 16-11135-TPA |
| | : | |
| BOBBIE SUE WRIGHT, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| NORTHWEST BANK, | : | |
| Movant | : | Related to Document No.:  54 |
| | : | |
| v. | : | Hearing Date: June 27, 2018 at 10:30 a.m. |
| | : | |
| BOBBIE SUE WRIGHT, and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF ORDER ON MOTION FOR RELIEF FROM AUTOMATIC
STAY DATED JUNE 26, 2018**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on June 27, 2018.

The type of service made on the parties was by regular mail, postage prepaid and ECF.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

Method of Service:  ECF:

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Service by Regular Mail, postage prepaid:

Daniel P. Foster, Esq.                          Bobbie Sue Wright
Foster Law Offices                              10 Taylor Street, Apt. N3
P.O. Box 966                                    Franklin, PA 16323
Meadville, PA 16335

**MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP**

By:  */s/ Kurt L. Sundberg*
              Kurt L. Sundberg
              Pennsylvania I.D. No. 56844
              Marsh, Spaeder, Baur, Spaeder & Schaaf, LLP.
              300 State Street, Suite 300
              Erie, PA 16507
              (814) 456-5301
Executed on: 06/27/2018              ksundberg@marshlaw.com