FILED
6/26/18 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| In Re: | : Bankruptcy Case No. 16-11135-TPA |
| | : |
| BOBBIE SUE WRIGHT, | : Chapter 13 |
| Debtor | : |
| | : Document No. |
| NORTHWEST BANK, | : |
| Movant | : Related to Document No.: 50 |
| | : |
| v. | : Hearing Date: June 27, 2018 at 10:30 a.m. |
| | : |
| BOBBIE SUE WRIGHT, and | : |
| RONDA J. WINNECOUR, Trustee, | : |
| Respondents | : |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This **26th** day of **June**, 2018, upon consideration of the Movant's Motion for Relief from Automatic Stay, and a hearing thereon, it is:

ORDERED that the automatic stay is hereby terminated as it affects the interest of Northwest Bank in the 2013 Dodge Avenger automobile, and Northwest Bank shall be entitled to proceed with repossession and sale of said 2013 Dodge Avenger automobile.

BY THE COURT:

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 16-11135-TPA
Bobbie Sue Wright                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: gamr              Page 1 of 1             Date Rcvd: Jun 26, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db            +Bobbie Sue Wright,   10 Taylor Street,   Apt. N3,   Franklin, PA 16323-2444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Bobbie Sue Wright dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Bobbie Sue Wright dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              John F. Kroto    on behalf of Defendant    Ally Financial john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Kurt L. Sundberg    on behalf of Creditor    Northwest Bank f/k/a Northwest Savings Bank
               jrizzo@marshspaeder.com,   tsapper@marshspaeder.com;r48049@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7