**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **Bankruptcy No. 16-11135-TPA** |
| **Bobbie Sue Wright,** | : | **Chapter 13** |
| Debtor | : | |
| _____ | : | **Docket No.: 58** |
| **Bobbie Sue Wright,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **September 27, 2018,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **October 24, 2018 AT 11:30 AM** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>September 10, 2018</u>                                                            Respectfully submitted,

<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: September 10, 2018

*By: /s/ Amanda A. Klein*
Amanda A. Klein, PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Citibank
Centralized Bankruptcy
Po Box 790040
S Louis, MO 63179-0040

Comenity Capital / Game Stop
Comenity Bank
Po Box 182125
Columbus, OH 43218-2125

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335-6966

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Northwest Bank f/k/a Northwest Savings Bank
100 Liberty Street
PO Box 337
Warren, PA 16365-0337

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank / Amazon
Po Box 965064
Orlando, FL 32896-5064

Ally Financial
PO Box 130424
Roseville MN 55113-0004

CACH, LLC
PO Box 10587
Greenville, SC 29603-0587

Citibank / The Home Depot
Centralized Bankruptcy
Po Box 790040
S Louis, MO 63179-0040

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nelnet
Nelnet Claims
Po Box 82505
Lincoln, NE 68501-2505

(p)NORTHWEST SAVINGS BANK
P O BOX 337
WARREN PA 16365-0337

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Santander Consumer USA
Po Box 961245
Ft Worth, TX 76161-0244

Synchrony Bank / Care Credit
Po Box 965064
Orlando, FL 32896-5064

Ally Financial
Po Box 380901
Bloomington, MN 55438-0901

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Comenity Bank / Lane Bryant
Po Box 182125
Columbus, OH 43218-2125

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nelnet on behalf of PHEAA
PA Higher Education Assistance Agency
PO Box 8147
Harrisburg, PA. 17105-8147

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Kurt L. Sundberg
Marsh, Spaeder, Baur, Spaeder & Schaaf
300 State Street
Suite 300
Erie, PA 16507-1430

Synchrony Bank / JCPenneys
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank / TJ MaxX
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank / Walmart
Po Box 965064
Orlando, FL 32896-5064

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Verizon
500 Technology Drive
Suite 500
Weldon Spring, MO 63304-2225

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Bobbie Sue Wright
10 Taylor Street
Apt. N3
Franklin, PA 16323-2444