## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 16-11135-TPA |
| **Bobbie Sue Wright,** | : | Chapter 13 |
| Debtor | : | |
| | : | Docket No.: 62 |
| **Bobbie Sue Wright,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### STATUS REPORT

**AND NOW** this 24th day of October 2018**,** comes Bobbie Sue Wright ("Debtor"), by and through her attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtor avers as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on November 28, 2016 (the "Filing Date").

2. On September 10, 2018, Debtor filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace her vehicle.

3. On October 1, 2018, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtor has been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtor files this Status Report in compliance with this Honorable Court's Order dated October 1, 2018.

Date: <u>October 24, 2018</u>   /s/ *Daniel P. Foster, Esquire*

Daniel P. Foster, Esquire
PA.  I.D. No. 92376
Foster Law Offices
P. O. Box 966
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtor