**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-11135-TPA |
| | : | |
| **Bobbie Sue Wright,** | : | **CHAPTER 13** |
| Debtor, | : | |
| _____ | : | **MOTION NO.: WO - 1** |
| **Bobbie Sue Wright,** | : | |
| Movant, | : | **RELATED TO DOCKET NO.: 67** |
| | : | |
| vs. | : | |
| | : | |
| **Happy Trails Animal Health Center,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>December 14, 2018</u>          By: /s/ Clarissa Bayhurst
                                                                         CLARISSA BAYHURST, PARALEGAL
                                                                        FOSTER LAW OFFICES
                                                                        Po Box 966
                                                                        Meadville, PA 16335
                                                                        Tel 814.724.1165
                                                                        Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**HAPPY TRAILS ANIMAL HEALTH CENTER**
**4871 US 322**
**FRANKLIN PA 16323**