**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-11135-TPA |
| | : | |
| **Bobbie Sue Wright,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ ____ | : | RELATED TO DOCKET NO.: 63 & 66 |
| **Bobbie Sue Wright,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>December 14, 2018</u>

    Respectfully submitted,
    <u>/s/ Clarissa Bayhurst   </u>
    Clarissa Bayhurst
    Head Paralegal
    Foster Law Offices
    PO Box 966
    Meadville, PA 16335
    Tel: (814) 724-1165
    Fax: (814) 724-1158

MAILING MATRIX

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Citibank
Centralized Bankruptcy
Po Box 790040
S Louis, MO 63179-0040

Comenity Capital / Game Stop
Comenity Bank
Po Box 182125
Columbus, OH 43218-2125

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

(p)NORTHWEST SAVINGS BANK
P O BOX 337
WARREN PA 16365-0337

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Santander Consumer USA
Po Box 961245
Ft Worth, TX 76161-0244

Synchrony Bank / JCPenneys
Po Box 965064
Orlando, FL 32896-5064

Ally Financial
PO Box 130424
Roseville MN 55113-0004

CACH, LLC
PO Box 10587
Greenville, SC 29603-0587

Citibank / The Home Depot
Centralized Bankruptcy
Po Box 790040
S Louis, MO 63179-0040

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nelnet
Nelnet Claims
Po Box 82505
Lincoln, NE 68501-2505

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank / Amazon
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank / TJ MaxX
Po Box 965064
Orlando, FL 32896-5064

Ally Financial
Po Box 380901
Bloomington, MN 55438-0901

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Comenity Bank / Lane Bryant
Po Box 182125
Columbus, OH 43218-2125

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nelnet on behalf of PHEAA
PA Higher Education Assistance Agency
PO Box 8147
Harrisburg, PA. 17105-8147

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank / Care Credit
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank / Walmart
Po Box 965064
Orlando, FL 32896-5064

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Verizon
500 Technology Drive
Suite 500
Weldon Spring, MO 63304-2225

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Bobbie Sue Wright
10 Taylor Street
Apt. N3
Franklin, PA 16323-2444

Kurt L. Sundberg
Marsh, Spaeder, Baur, Spaeder & Schaaf
jrizzo@marshspaeder.com