# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 16-11135-TPA |
| | : | |
| Bobbie Sue Wright, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Bobbie Sue Wright, | : | Docket No.: |
| Movant | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Movant(s) Incorrect Address:
10 Taylor Street
Apt. N3
Franklin, PA 16323

Movant(s) Correct Address:
316 Wiley Avenue
Franklin, PA 16323

                                                              Respectfully Submitted,

Date:  June 9, 2020                        /s/ Daniel P. Foster, Esquire
                                                           Daniel P. Foster, Esquire
                                                           PA I.D. #92376
                                                           FOSTER LAW OFFICES, LLC
                                                           1210 Park Avenue
                                                           Meadville, PA 16335
                                                           Tel: 814.724.1165
                                                           Fax: 814.724.1158
                                                           Dan@MrDebtBuster.com
                                                           Attorney for Debtor