# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

Doc 86 Filed 06/17/20 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  BOBBIE SUE WRIGHT<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>BOBBIE SUE WRIGHT<br><br>        Respondents | Case No. 16-11135TPA<br><br>Chapter 13<br><br>Document No. 86 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___17th___ day of ___June___, 20**20**, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Bellwether Kraetin Enterprise
> Attn: Payroll Manager
> 12945 Route 6
> Corry, PA 16407

is hereby ordered to immediately terminate the attachment of the wages of BOBBIE SUE WRIGHT, social security number XXX-XX-3130.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BOBBIE SUE WRIGHT.

BY THE COURT:

_/s/ Ronda_____
jlm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-11135-TPA
Bobbie Sue Wright                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: nsha              Page 1 of 1              Date Rcvd: Jun 17, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.
db             +Bobbie Sue Wright,    316 Wiley Avenue,    Apt. N3,    Franklin, PA 16323-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Bobbie Sue Wright dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Bobbie Sue Wright dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              John F. Kroto    on behalf of Defendant    Ally Financial john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Kurt L. Sundberg     on behalf of Creditor    Northwest Bank f/k/a Northwest Savings Bank
               jrizzo@marshspaeder.com,   tsapper@marshlaw.com;r48049@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7