Certificate Number: 02998-PAW-DE-034728269

Bankruptcy Case Number: 16-11135



02998-PAW-DE-034728269

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2020</u>, at <u>10:58</u> o'clock <u>AM EDT</u>, <u>Bobbie S Wright</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 1, 2020</u>          By:   <u>/s/Andres Boseman</u>

                                        Name:   <u>Andres Boseman</u>

                                        Title:   <u>Counselor</u>