Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Bobbie Sue Wright** | : | Case No. 16−11135−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 91 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/14/20 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this *The 31st of July, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 91 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before September 14, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on ***October 14, 2020 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

  (4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                            _____
                            Thomas P. Agresti, Judge
                            United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-11135-TPA
Bobbie Sue Wright                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar               Page 1 of 2              Date Rcvd: Jul 31, 2020
                              Form ID: 300a            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db           +Bobbie Sue Wright,   316 Wiley Avenue,   Apt. N3,   Franklin, PA 16323-2833
cr           +Northwest Bank f/k/a Northwest Savings Bank,   100 Liberty Street,   PO Box 337,
               Warren, PA 16365-0337
14328212     +Citibank,   Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
14328213     +Citibank / The Home Depot,   Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
14734988     +ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
14328218    ++NORTHWEST SAVINGS BANK,   P O BOX 337,   WARREN PA 16365-0337
              (address filed with court: Northwest Savings Bank,   100 Liberty Street,   Warren, PA 16365)
14347344     +Nelnet on behalf of PHEAA,   PA Higher Education Assistance Agency,   PO Box 8147,
               Harrisburg, PA. 17105-8147
14328219     +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
14328225    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,   Po Box 8026,
               Cedar Rapids, IA 52408)
14348482     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14328210     +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:15     Ally Financial,
               Po Box 380901,   Bloomington, MN 55438-0901
14338040      E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:15     Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
14366681      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2020 04:36:11
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
14387301      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:36:37     CACH, LLC,
               PO Box 10587,   Greenville, SC  29603-0587
14328211     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:35:39     Capital One,
               Po Box 30285,   Salt Lake City, UT 84130-0285
14328214     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:38
               Comenity Bank / Lane Bryant,   Po Box 182125,   Columbus, OH 43218-2125
14328215     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:38
               Comenity Capital / Game Stop,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
14328216     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2020 04:34:59     Credit One Bank Na,
               Po Box 98873,   Las Vegas, NV 89193-8873
14410910      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:49
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14369770      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:03
               LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14395529     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2020 04:28:15     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
14328217     +E-mail/Text: electronicbkydocs@nelnet.net Aug 01 2020 04:28:25     Nelnet,   Nelnet Claims,
               Po Box 82505,   Lincoln, NE 68501-2505
14418862      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14361523      E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:48
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14366003      E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:48
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
14328220     +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Synchrony Bank / Amazon,
               Po Box 965064,   Orlando, FL 32896-5064
14328221     +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Synchrony Bank / Care Credit,
               Po Box 965064,   Orlando, FL 32896-5064
14328222     +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Synchrony Bank / JCPenneys,
               Po Box 965064,   Orlando, FL 32896-5064
14328223     +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Synchrony Bank / TJ MaxX,
               Po Box 965064,   Orlando, FL 32896-5064
14328224     +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Synchrony Bank / Walmart,
               Po Box 965064,   Orlando, FL 32896-5064
14328226     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 01 2020 04:27:07
               Verizon,   500 Technology Drive,   Suite 500,   Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 21
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Toyota Motor Credit Corporation
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: jmar              Page 2 of 2             Date Rcvd: Jul 31, 2020
                               Form ID: 300a           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Bobbie Sue Wright dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Daniel P. Foster    on behalf of Plaintiff Bobbie Sue Wright dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              John F. Kroto    on behalf of Defendant    Ally Financial john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Kurt L. Sundberg    on behalf of Creditor    Northwest Bank f/k/a Northwest Savings Bank
               jrizzo@marshspaeder.com, tsapper@marshlaw.com;r48049@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```