**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BOBBIE SUE WRIGHT<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:16-11135 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

July 29, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/28/2016 and confirmed on 2/7/17. The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,872.28 |
| Less Refunds to Debtor | 295.10 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,577.18 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 480.65 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,180.65 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ALLY FINANCIAL(*) | 2,059.21 | 2,059.21 | 1,300.47 | 3,359.68 |
|     Acct: 1656 | | | | |
|   NORTHWEST SAVINGS BANK** | 1,213.32 | 1,213.32 | 558.68 | 1,772.00 |
|     Acct: 7888 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3742 | | | | |
| | | | | 5,131.68 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BOBBIE SUE WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BOBBIE SUE WRIGHT | 90.00 | 90.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BOBBIE SUE WRIGHT | 205.10 | 205.10 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 540.37 | 29.03 | 0.00 | 29.03 |
|     Acct: 5105 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,153.62 | 61.98 | 0.00 | 61.98 |
|     Acct: 8371 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 523.79 | 28.14 | 0.00 | 28.14 |
|     Acct: 6333 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 381.02 | 20.47 | 0.00 | 20.47 |
|     Acct: 6608 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 404.65 | 21.74 | 0.00 | 21.74 |
|     Acct: 0324 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,196.09 | 64.25 | 0.00 | 64.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9013 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 549.98 | 29.55 | 0.00 | 29.55 |
| Acct: 6726 | | | | |
| ECMC(*) | 11,343.15 | 609.39 | 0.00 | 609.39 |
| Acct: 3130 | | | | |
| MIDLAND FUNDING LLC | 864.98 | 46.47 | 0.00 | 46.47 |
| Acct: 0882 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2972 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1532 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8416 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0083 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 95.54 | 5.14 | 0.00 | 5.14 |
| Acct: 2961 | | | | |
| ALLY FINANCIAL(*) | 3,486.08 | 187.29 | 0.00 | 187.29 |
| Acct: 1656 | | | | |
| CACH LLC | 3,004.18 | 161.40 | 0.00 | 161.40 |
| Acct: 5708 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,264.85 |
| TOTAL PAID TO CREDITORS | | | | 6,396.53 |

TOTAL CLAIMED
PRIORITY        0.00
SECURED     3,272.53
UNSECURED  23,543.45

Date: 07/29/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　BOBBIE SUE WRIGHT<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:16-11135 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-11135-TPA
Bobbie Sue Wright                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                    Page 1 of 2                    Date Rcvd: Jul 31, 2020
                              Form ID: pdf900               Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db            +Bobbie Sue Wright,    316 Wiley Avenue,    Apt. N3,    Franklin, PA 16323-2833
cr            +Northwest Bank f/k/a Northwest Savings Bank,    100 Liberty Street,    PO Box 337,
                Warren, PA 16365-0337
14328212      +Citibank,    Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
14328213      +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
14734988      +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
14328218     ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
               (address filed with court: Northwest Savings Bank,    100 Liberty Street,    Warren, PA 16365)
14347344      +Nelnet on behalf of PHEAA,    PA Higher Education Assistance Agency,    PO Box 8147,
                Harrisburg, PA. 17105-8147
14328219      +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14328225     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,    Po Box 8026,
                Cedar Rapids, IA 52408)
14348482      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14328210      +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:16      Ally Financial,
                Po Box 380901,    Bloomington, MN 55438-0901
14338040       E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2020 04:27:16      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
14366681       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2020 04:36:59
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
14387301       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:07      CACH, LLC,
                PO Box 10587,    Greenville, SC  29603-0587
14328211      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2020 04:34:55      Capital One,
                Po Box 30285,    Salt Lake City, UT 84130-0285
14328214      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:46
                Comenity Bank / Lane Bryant,    Po Box 182125,    Columbus, OH 43218-2125
14328215      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:46
                Comenity Capital / Game Stop,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14328216      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2020 04:35:47      Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
14410910       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:08
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14369770       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:07
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14395529      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2020 04:28:15      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14328217      +E-mail/Text: electronicbkydocs@nelnet.net Aug 01 2020 04:28:25      Nelnet,    Nelnet Claims,
                Po Box 82505,    Lincoln, NE 68501-2505
14418862       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14361523       E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:54
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14366003       E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:54
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
14328220      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank / Amazon,
                Po Box 965064,    Orlando, FL 32896-5064
14328221      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank / Care Credit,
                Po Box 965064,    Orlando, FL 32896-5064
14328222      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank / JCPenneys,
                Po Box 965064,    Orlando, FL 32896-5064
14328223      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank / TJ MaxX,
                Po Box 965064,    Orlando, FL 32896-5064
14328224      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34      Synchrony Bank / Walmart,
                Po Box 965064,    Orlando, FL 32896-5064
14328226      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 01 2020 04:27:10
                Verizon,    500 Technology Drive,    Suite 500,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Toyota Motor Credit Corporation
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: jmar              Page 2 of 2            Date Rcvd: Jul 31, 2020
                               Form ID: pdf900         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
            Daniel P. Foster    on behalf of Debtor Bobbie Sue Wright dan@mrdebtbuster.com,
             katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
             .com
            Daniel P. Foster    on behalf of Plaintiff Bobbie Sue Wright dan@mrdebtbuster.com,
             katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
             .com
            James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
            John F. Kroto    on behalf of Defendant    Ally Financial john_kroto@pawb.uscourts.gov,
             knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
            Kurt L. Sundberg    on behalf of Creditor    Northwest Bank f/k/a Northwest Savings Bank
             jrizzo@marshspaeder.com,  tsapper@marshlaw.com;r48049@notify.bestcase.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```