**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/7/20 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BOBBIE SUE WRIGHT

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 16-11135 TPA

Chapter 13

Document No.: 91

ORDER OF COURT

AND NOW, this ____7th____ day of ____October____, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE   jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11135-TPA |
| Bobbie Sue Wright | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 3 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobbie Sue Wright, 316 Wiley Avenue, Apt. N3, Franklin, PA 16323-2833 |
| cr | + | Northwest Bank f/k/a Northwest Savings Bank, 100 Liberty Street, PO Box 337, Warren, PA 16365-0337 |
| 14328212 | + | Citibank, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14328213 | + | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14734988 | + | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14328218 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14347344 | + | Nelnet on behalf of PHEAA, PA Higher Education Assistance Agency, PO Box 8147, Harrisburg, PA. 17105-8147 |
| 14328219 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14328225 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corporation, Po Box 8026, Cedar Rapids, IA 52408 |
| 14348482 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14338040 | | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2020 01:47:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14328210 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2020 01:47:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14366681 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2020 02:48:56 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14387301 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 02:50:11 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14328211 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 08 2020 02:50:07 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14328214 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2020 01:48:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14328215 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2020 01:48:00 | Comenity Capital / Game Stop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14328216 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2020 02:48:51 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14410910 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 02:48:53 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14369770 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 02:48:54 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14395529 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 08 2020 01:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14328217 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 08 2020 01:50:00 | Nelnet, Nelnet Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14418862 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2020 02:50:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14361523 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2020 01:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14366003 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2020 01:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14328220 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:48:48 | Synchrony Bank / Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14328221 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:50:05 | Synchrony Bank / Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14328222 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:50:05 | Synchrony Bank / JCPenneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14328223 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:50:05 | Synchrony Bank / TJ MaxX, Po Box 965064, Orlando, FL 32896-5064 |
| 14328224 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2020 02:51:25 | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14328226 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 08 2020 01:47:00 | Verizon, 500 Technology Drive, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 3 of 3 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 31 |

        on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Daniel P. Foster
        on behalf of Debtor Bobbie Sue Wright dan@mrdebtbuster.com
        katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
        on behalf of Plaintiff Bobbie Sue Wright dan@mrdebtbuster.com
        katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

John F. Kroto
        on behalf of Defendant Ally Financial john_kroto@pawb.uscourts.gov
        knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com

Kurt L. Sundberg
        on behalf of Creditor Northwest Bank f/k/a Northwest Savings Bank jrizzo@marshspaeder.com
        tsapper@marshlaw.com;r48049@notify.bestcase.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 7